UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81501-CIV-CANNON

**BLANCHE L. DIXON** and
**ROY J. DIXON, JR.**,

 Plaintiffs,
v.

**JOSEPH ABRUZZO et al**,

 Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Defendants' Joint Motion to Dismiss the Amended Complaint with Prejudice (the "Motion"), filed on December 22, 2022 [ECF No. 22]. On June 21, 2023, following referral [ECF Nos. 36, 37], Magistrate Judge Matthewman issued a Report ("Report") recommending that the Motion be granted in part and denied in part [ECF No. 54]. Specifically, Judge Matthewman recommends Counts I, II, V, and the unnumbered declaratory judgment action in Plaintiffs' Amended Complaint be dismissed without leave to amend pursuant to the *Rooker-Feldman* doctrine, and that Counts III and IV of Plaintiffs' Amended Complaint be dismissed with prejudice pursuant to judicial and quasi-judicial immunity [ECF No. 54 p. 33]. The ultimate recommendation in the Report is to dismiss all counts in the Amended Complaint [ECF No. 54]. Judge Matthewman also recommends that the Court impose pre-filing sanctions against Plaintiffs due to Plaintiffs' continuous filing of frivolous complaints in an effort to undo a state foreclosure judgment [ECF No. 54 pp. 33–34]. No party filed objections to the Report, and the time within which to do so has expired.

 Upon review, the Court finds the Report to be well-reasoned and correct.

CASE NO. 22-81501-CIV-CANNON/Matthewman

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 54] is **ACCEPTED**.

2. Defendants' Joint Motion to Dismiss the Amended Complaint [ECF No. 22] is **GRANTED** for the reasons discussed in the Report.

    a. Counts I, II, V, and the unnumbered declaratory judgment in Plaintiffs' Amended Complaint are **DISMISSED WITHOUT LEAVE TO AMEND** pursuant to the *Rooker-Feldman* doctrine.

    b. Counts III and IV in Plaintiffs' Amended Complaint are **DISMISSED WITH PREJUDICE** pursuant to judicial and quasi-judicial immunity.

3. Plaintiffs are hereby prohibited from filing or attempting to initiate any new lawsuit in this district or in any federal court in the United States pertaining to the Final Judgment of Foreclosure without first obtaining leave of that federal court.

4. Before Plaintiffs initiate any new lawsuit in this district or in any federal court in the United States pertaining to the Final Judgment of Foreclosure, Plaintiffs are required to file a motion for leave to file a lawsuit, attaching a copy of the proposed lawsuit and a reference to this Order. *See Watkins v. Dubreuil*, 820 F. App'x 940, 948 (11th Cir. 2020).

5. The Clerk **SHALL CLOSE** this case.

6. The Clerk **SHALL MAIL** a copy if this Order to Plaintiffs at the address below.

CASE NO. 22-81501-CIV-CANNON/Matthewman

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of July 2023.

*[signature]*

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record

Blanche L. Dixon
6394 Emerald Dunes Drive
Unit 201
West Palm Beach, Florida 33411
PRO SE

Roy J. Dixon, Jr.
6394 Emerald Dunes Drive
Unit 201
West Palm Beach, Florida 33411
PRO SE